UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN STUDENT FINANCIAL GROUP, INC., a Delaware corporation, and TRD CONSULTING, LLC, a Minnesota limited liability company,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>AEQUITAS CAPITAL MANAGEMENT, INC., an Oregon corporation,<br><br>　　　　　　Defendant. | Case No. 12CV2446-CAB (JMA)<br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE AND SETTING CASE MANAGEMENT CONFERENCE** |

　　　On May 10, 2013 at 10 a.m., the Court convened an Early Neutral Evaluation Conference in the above entitled action. The parties have agreed to continue to engage in discussions regarding settlement. The Court, therefore, defers setting deadlines for compliance with Fed. R. Civ. P. Rule 26(a)(1) & (f).

　　　A telephonic Case Management Conference will be held on **June 27, 2013** at **9:30 a.m.** Counsel for each party shall participate in the conference,

/ /

and shall use the following call-in information:  Dial-In Number 215-446-0155, Access Code 2602013, Security Code 0930.

**IT IS SO ORDERED**.

DATED:  June 12, 2013

                                      Jan M. Adler
                                      U.S. Magistrate Judge